STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:    415.436.7706
candis_mitchell@fd.org

Counsel for Defendant Logan Hughes

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | Case Number: CR 13-00641 SI |
| Plaintiff, | |
| v. | **Joint Stipulation and [~~Proposed~~] Order Continuing December 9, 2016, Status Hearing to January 6, 2017** |
| **Logan Hughes,** | Date:   December 9, 2016 |
| Defendant. | Time:   11:00 a.m. |

## STIPULATION

Defendant Logan Hughes is currently set for status hearing before the Court on December 9, 2016. Probation Officer Jennifer Hutchings reports that Mr. Hughes is doing well while at his treatment center and wishes to have the status hearing moved to not disrupt Mr. Hughes' present progress.

Accordingly, counsel jointly request a continuance of the presently set sentencing hearing from December 9, 2016, at 11:00 a.m., to **January 6, 2017, at 11:00 a.m.**

SO STIPULATED.

Dated:  December 5, 2016                       /s/ Candis Mitchell
                                               CANDIS MITCHELL
                                               Attorney for Defendant Hughes

Dated:  December 5, 2016                       /s/ William Edelman
                                               WILLIAM EDELMAN
                                               Assistant United States Attorney


## [~~Proposed~~] Order

For the reasons stated above, the Court continues the status hearing date from December 9, 2016, at 11:00 a.m., to **January 6, 2017, at 11:00 a.m.**


SO ORDERED.

Dated:___12/5/16_____       _____
                            **Honorable Susan Illston**
                            United States District Judge


Jt. Stip. Cont. Hearing & [Prop.] Order
CR 13-00641 SI                    2